IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01907-ZLW-MEH

ANTHONY REZA and
YVONNE REZA,

     Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and
LEONARD E. LEACH;

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 31, 2007.**

     Defendant's Unopposed Motion for Leave to File Amended Answer [Filed January 30, 2007; Docket #15] and the Supplement to Unopposed Motion for Leave to File Amended Answer [Filed January 31, 2007; Docket #16], incorrectly filed as a motion, are **granted**.

     The Clerk of the Court is directed to file Docket #15-2 as Defendant Zurich American Insurance Company's Amended Answer.