IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-1907-ZLW-MEH

ANTHONY REZA, and
YVONNE REZA,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, and
LEONARD E. LEACH,

    Defendants.

## ORDER

    In consideration of the Minute Entry For Settlement Conference entered on March 1, 2007, by Magistrate Judge Michael E. Hegarty, advising that this case has settled, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before March 19, 2007.  If by that date settlement papers have not been received by the Court, on March 26, 2007, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __7__ day of March, 2007.

                        BY THE COURT:

                        _____
                        ZITA L. WEINSHIENK,  Senior Judge
                        United States District Court